# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02674 WJM CBS

Shirley Graff,

    Plaintiff/Movant,

Financial Recovery Services, Inc.; and DOES 1-10, inclusive,

    Defendants.

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Shirley Graff ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2011

    Respectfully submitted,
    By __/s/ Lark Fogel_____
    Lark Fogel, Esq.
    Bar Number: 030383
    P.O. Box # 2486
    Elizabeth, Colorado 80107
    Tel.: (303) 596-4838
    larklaw@gmail.com
    Attorneys for Plaintiff

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2011, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** was emailed to the following:

E-Mail: PoncinM@moss-barnett.com

              By /s/ Lark Fogel

              Lark Fogel, Esq.